IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-CV-00772-PSF-CBS

CARBON CONSULTING, INC.,

    Plaintiff,

v.

AERIAL ROBOTICS, INC., and
KEVIN STALLARD,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

    This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (Dkt. # 5), filed April 25, 2006. IT IS HEREBY ORDERED that counsel for the parties shall appear by telephone or in person on **Monday, May 1, 2006 at 8:30 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a status conference on this motion. Plaintiff's counsel is directed to notify defendant's counsel of this Order. Counsel participating by telephone shall arrange to call chambers together on one telephone line at (303) 335-2174 at the appointed time.

    DATED: April 26, 2006

                                                  BY THE COURT:

                                                  *s: Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge