IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-CV-00772-PSF-CBS

CARBON CONSULTING, INC.,

    Plaintiff,

v.

AERIAL ROBOTICS, INC., and
KEVIN STALLARD,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order Pending May 1, 2006 Status Conference and Rule 65(b)(2) Certification (Dkt. # 10), filed April 28, 2006. A hearing on this motion is set for 4:45 p.m. Friday, April 28, 2006, and counsel for all parties shall be expected to attend. Counsel for plaintiff is directed to notify defendants or their counsel, forthwith, about the hearing and this Order.

Any party or its or his counsel may appear by telephone for the hearing. Those wishing to appear telephonically shall coordinate with each other in setting up a conference call and are directed to call chambers (303-335-2174) **no later than 4:40**

**p.m. (MDST).** Telephone participants are directed use a **land line – no cellular, cordless or speaker phone should be used.**

DATED: April 28, 2006

> BY THE COURT:
>
> *s: Phillip S. Figa*
> _____
> Phillip S. Figa
> United States District Judge