IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00772-PSF-CBS

CARBON CONSULTING, INC.,

    Plaintiff,

v.

AERIAL ROBOTICS, INC., and
KEVIN STALLARD,

    Defendants.

---

## ORDER REGARDING ESCROW

---

The Court, upon reviewing the parties' Stipulated Motion Regarding Escrow (Dkt. # 33), and being advised that the parties have resolved the matter, hereby

ORDERS that Lincoln-Parry SoftEscrow, Inc., the escrow agent in this matter, shall release the software it presently has in escrow to the custody of Aerial Robotics, Inc. The services of the escrow agent are no longer required by the Court.

DATED: June 12, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge