IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00772-PSF-CBS

CARBON CONSULTING, INC.,

    Plaintiff,

v.

AERIAL ROBOTICS, INC., and
KEVIN STALLARD,

    Defendants.

---

## ORDER RE DISMISSAL

---

Upon review of the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 34), it is hereby ORDERED that this matter is DISMISSED with prejudice, each party to pay his or its own attorney fees and costs.

In light of this dismissal, it is FURTHER ORDERED that the following dates are VACATED:

    1)    Preliminary injunction hearing set for June 23, 2006;

    2)    Final trial preparation conference set for September 29, 2006; and

    3)    Four-day Court trial set to commence October 10, 2006.

DATED: June 12, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge